UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANN TOMKINS,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE
COMPANY,

Defendant.

C18-1488 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     The parties' Joint Stipulated Motion and Proposed Order to Amend
Deadline to Respond to Complaint Following Removal, docket no. 7, is GRANTED.
Defendant ReliaStar Life Insurance Company's deadline to respond to the Complaint is
October 29, 2018.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 16th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk