HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN TOMKINS, as Personal Representative of the ESTATE OF FLORENCE TOMKINS, a Washington resident,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RELIASTAR LIFE INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-01488-TSZ<br><br>JOINT STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE BY ONE WEEK |

Plaintiff Ann Tomkins, as personal representative of the Estate of Florence Tomkins ("Plaintiff") and Defendant ReliaStar Life Insurance Company ("Defendant"), by and through their respective counsel of record, hereby respectfully submit this stipulated motion to extend by one week the deadline for the parties to exchange Initial Disclosures.

1. The Court's October 18, 2018 Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement (the "Initial Order") set a December 31, 2018 deadline for (1) Initial Disclosures Pursuant to FRCP 26(a)(1), and (2) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f).

2. On December 27, 2018, the Parties completed and filed their Combined Joint Status Report and Discovery Plan (the "Combined Report/Plan"). That Combined Report/Plan,

JOINT STIPULATED MOTION AND ORDER TO
EXTEND INITIAL DISCLOSURES DEADLINE BY
ONE WEEK - 1
Case No. 2:18-cv-01488-TSZ

53249765.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

under the "Proposed discovery plan" heading, requested a one-week extension of the Initial Disclosures deadline set by the Initial Order due to the intervening holidays.

    3.    Ms. Tomkins and ReliaStar agree that good cause exists to extend the deadline for Initial Disclosures by one week, to January 7, 2019.

    4.    Pursuant to LCR 7(d)(1) and LCR 10(g), Ms. Tomkins and ReliaStar hereby stipulate and agree and that the deadline for Initial Disclosures should be extended until January 7, 2019, and respectfully request that the Court grant the subjoined Order extending the Initial Disclosures deadline to January 7, 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 28th day of December, 2018.

*s/Bradley W. Hoff*
Bradley W. Hoff, WSBA No. 23974
John (Jack) P. Zahner, WSBA 24505
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
bradley.hoff@foster.com
jack.zahner@foster.com

*Attorneys for Plaintiff*
*Ann Tomkins, as Personal Representative of the Estate of Florence Tomkins*

JOINT STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE BY ONE WEEK - 2
Case No. 2:18-cv-01488-TSZ
53249765.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

| | |
|---|---|
| 1 | |
| 2 | *s/John T. Bender* |
| | Emily J. Harris, WSBA No. 35763 |
| 3 | John T. Bender, WSBA No. 49658 |
| | CORR CRONIN LLP |
| 4 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154 |
| 5 | (206) 625-8600 |
| | eharris@corrcronin.com |
| 6 | jbender@corrcronin.com |

Clark C. Johnson (Pro Hac Vice)
Michael T. Leigh (Pro Hac Vice)
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1630
cjohnson@kaplanjohnsonlaw.com
mleigh@kaplanjohnsonlaw.com

*Attorneys for Defendant ReliaStar Life Insurance Company*

---

JOINT STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE BY ONE WEEK - 3
Case No. 2:18-cv-01488-TSZ

53249765.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

## ORDER

IT IS SO ORDERED. The deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) shall be extended to January 7, 2019.

DATED this 7th day of January, 2019.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Jointly Presented by:

*s/Bradley W. Hoff*
Bradley W. Hoff, WSBA No. 23974
John (Jack) P. Zahner, WSBA No. 24505
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
bradley.hoff@foster.com
jack.zahner@foster.com
*Attorneys for Plaintiff*
*Ann Tomkins, as Personal Representative of the Estate of Florence Tomkins*

*s/John T. Bender*
Emily J. Harris, WSBA No. 35763
John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600
eharris@corrcronin.com
jbender@corrcronin.com

Clark C. Johnson (Pro Hac Vice)
Michael T. Leigh (Pro Hac Vice)
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1630
cjohnson@kaplanjohnsonlaw.com
mleigh@kaplanjohnsonlaw.com
*Attorneys for Defendant Reliastar Life Insurance Company*

JOINT STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE BY ONE WEEK - 4
Case No. 2:18-cv-01488-TSZ

53249765.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700