UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN TOMKINS, as Personal Representative of the ESTATE OF FLORENCE TOMKINS, a Washington resident, | Case No. 2:18-cv-01488-TSZ |
| Plaintiff, | |
| v. | JOINT STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE |
| RELIASTAR LIFE INSURANCE COMPANY, a Minnesota corporation, | |
| Defendant. | |

Pursuant to Local Civil Rules 7(j) and 10(g) and Federal Rule of Civil Procedure 6(b)(1), undersigned counsel for Plaintiff Ann Tomkins and Defendant Reliastar Insurance Company jointly move the Court for an Order extending the time for amending the pleadings and exchanging expert reports. Specifically, the parties jointly move that the current August 19, 2019 be extended until September 23, 2019.

Throughout the course of this litigation, the parties have worked cooperatively to schedule and, when needed, re-schedule motions and discovery to accommodate the respective schedules of counsel and deponents. Consistent with this practice, plaintiff Tomkins agreed to take off-calendar (and reschedule) multiple depositions of certain current and former employees of defendant Reliastar and/or its affiliates that were originally set for early July 2019, and

JOINT STIPULATED MOTION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE - 1
Case No. 2:18-cv-01488-TSZ

defendant Reliastar agreed to re-note its pending summary judgment motion to accommodate rescheduled depositions. Those depositions have now been rescheduled to occur in late-August and early-September 2019 at various different locations to accommodate summer schedules of counsel and deponents. Defendant Reliastar's pending summary judgment motion is now noted for September 20, 2019.

The Parties wish to avoid unnecessary expert discovery practice and expense, and anticipate that those rescheduled depositions and the completion of the parties' summary judgment briefing will facilitate that by enabling the parties to identify/narrow the particular factual disputes to which expert opinions might be helpful or necessary.

The parties are not requesting an extension of the current November 18, 2019 discovery deadline or the December 19, 2019 dispositive motions deadline. The approximately one-month extension of the expert report deadline will still give the parties two months after that deadline to conduct expert discovery and exchange any rebuttal reports, and three months after that extended deadline to file any additional dispositive motions. In short, the parties believe the requested expert report extension will acknowledge cooperation between the parties and facilitate economy and efficiency without in any way impeding delaying the progress of this action toward trial.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

JOINT STIPULATED MOTION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE - 2
Case No. 2:18-cv-01488-TSZ

53495610.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

DATED this 12th day of August, 2019.

*s/Bradley W. Hoff*
Bradley W. Hoff, WSBA No. 23974
John (Jack) P. Zahner, WSBA No. 24505
Adam J. Chambers, WSBA No. 46631
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
bradley.hoff@foster.com
jack.zahner@foster.com
*Attorneys for Plaintiff*
*Ann Tomkins, as Personal Representative of the*
*Estate of Florence Tomkins*

*s/John T. Bender*
Emily J. Harris, WSBA No. 35763
John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600
eharris@corrcronin.com
jbender@corrcronin.com

Clark C. Johnson (Pro Hac Vice)
Michael T. Leigh (Pro Hac Vice)
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1630
cjohnson@kaplanjohnsonlaw.com
mleigh@kaplanjohnsonlaw.com
*Attorneys for Defendant Reliastar Life Insurance*
*Company*

JOINT STIPULATED MOTION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE - 3
Case No. 2:18-cv-01488-TSZ

53495610.1

## ORDER

IT IS SO ORDERED that the deadline for amending the pleadings and exchanging expert reports is extended until September 23, 2019. All other dates set forth in the Court's January 14, 2019 Minute Order Setting Trial Date And Related Dates, docket no. 27, shall remain the same.

DATED this 13th day of August, 2019.

_____
Thomas S. Zilly
United States District Judge

Jointly Presented by:

*s/Bradley W. Hoff*
Bradley W. Hoff, WSBA No. 23974
John (Jack) P. Zahner, WSBA No. 24505
Adam J. Chambers, WSBA No.46631
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
bradley.hoff@foster.com
jack.zahner@foster.com
*Attorneys for Plaintiff*
*Ann Tomkins, as Personal Representative of the*
*Estate of Florence Tomkins*

JOINT STIPULATED MOTION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE - 4
Case No. 2:18-cv-01488-TSZ

53495610.1

*s/John T. Bender*
Emily J. Harris, WSBA No. 35763
John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600
eharris@corrcronin.com
jbender@corrcronin.com

Clark C. Johnson (Pro Hac Vice)
Michael T. Leigh (Pro Hac Vice)
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1630
cjohnson@kaplanjohnsonlaw.com
mleigh@kaplanjohnsonlaw.com
*Attorneys for Defendant Reliastar Life Insurance*
*Company*

JOINT STIPULATED MOTION AND ORDER TO
EXTEND EXPERT DISCLOSURE DEADLINE - 5
Case No. 2:18-cv-01488-TSZ

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53495610.1