UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANN TOMKINS,

        Plaintiff,

  v.

RELIASTAR LIFE INSURANCE COMPANY,

        Defendant.

C18-1488 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Stipulated Motion Continuing Trial Date and Resetting Pretrial Deadlines, docket no. 42, is DENIED. Awaiting the Court's decision on a pending motion is not grounds for continuing discovery or other deadlines.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of September, 2019.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1